**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 1, 2011.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-10-01245-CV

————————

### NOBLE ENERGY, INC., Appellant

### V.

### SOURCEGAS DISTRIBUTION, L.L.C., Appellee

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2009-70479**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 1, 2010. On November 18, 2011, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Anderson, Brown, and Christopher.